UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HAWKINS, | No. CV 14-8684-JVS (AGR) |
| Petitioner, | |
| | JUDGMENT |
| v. | |
| ERVIN VALENZUELA, Warden, et al., | |
| Respondent. | |

Pursuant to the Opinion and Order on Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the petition for writ of habeas corpus and action ARE SUMMARILY DISMISSED for lack of subject matter jurisdiction. All pending motions are denied.

DATED: November 21, 2014

_____
JAMES V. SELNA
United States District Judge